EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Edmundo Ayala Oquendo | 2012 TSPR 174<br><br>187 DPR \_\_\_\_ |

Número del Caso: TS-8072

Fecha: 15 de noviembre de 2012

Abogado de la Parte Peticionaria:

       Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Edmundo Ayala Oquendo

TS-8072

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de noviembre de 2012.

Examinada la *Moción de Sumisión y Súplica Solicitando Reinstalación* así como el expediente de referencia, se ordena la reinstalación del Lcdo. Edmundo Ayala Oquendo *exclusivamente al ejercicio de la abogacía*.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina